**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., | |
| Plaintiffs, | C.A. No. 17-374-LPS (CONSOLIDATED) |
| v. | |
| AUROBINDO PHARMA USA INC., et al., | |
| Defendants. | |
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., | |
| Plaintiffs, | |
| v. | C.A. No. 17-377-LPS |
| INVAGEN PHARMACEUTICALS, INC., | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendant InvaGen Pharmaceuticals, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.    All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2.    Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3.      The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4.      This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5.      This Stipulation and Order shall finally resolve the Action between the parties.

Dated:  September 18, 2018                    Respectfully submitted,

FARNAN LLP                                    SMITH, KATZENSTEIN & JENKINS LLP

/s/ Michael J. Farnan                         /s/ Eve H. Ormerod
Joseph J. Farnan, Jr. (Bar No. 100245)        Neal C. Belgam (Bar No. 2721)
Brian E. Farnan (Bar No. 4089)                Eve H. Ormerod (Bar No. 5369)
Michael J. Farnan (Bar No. 5165)              1000 West Street, Suite 1501
919 N. Market Str., 12th Floor                P.O. Box 410
Wilmington, DE 19801                          Wilmington, DE 19899
Tel: (302) 777-0300                           Tel: (302) 652-8400
Fax: (302) 777-0301                           nbelgam@skjlaw.com
farnan@farnanlaw.com                          eormerod@skjlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com                         *Attorneys for Defendant*
                                              *InvaGen Pharmaceuticals, Inc.*

*Attorneys for Plaintiffs*

IT IS SO ORDERED this _____ day of September, 2018.

_____
The Honorable Leonard P. Stark